**James B. BREAZEALE v. STATE.**

**No. 19434.**

Court of Criminal Appeals of Texas.

Jan. 12, 1938.

H. S. Beard, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, Asst. Atty. Gen., for the State.

HAWKINS, Judge.

Conviction is for felony theft; punishment being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to prosecute his appeal further, and at appellant's request said appeal is dismissed.

**Truman FRANKLIN v. STATE.**

**No. 19285.**

Court of Criminal Appeals of Texas.

Jan. 12, 1938.

Forrester Hancock, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Wylie HOOPER v. STATE.**

**No. 19350.**

Court of Criminal Appeals of Texas.

Jan. 12, 1938.

E. J. Conn, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was convicted of the offense of murder and his punishment was assessed at confinement in the state penitentiary for a term of three years.

We find that appellant has filed in this court an affidavit, stating that he desires to withdraw his appeal.

The request is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Henry Egbert KING v. STATE.**

**No. 19604.**

Court of Criminal Appeals of Texas.

Jan. 12, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for twenty years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.